UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60534

HOPE VALDOVINOS,

        Plaintiff,

vs.

ULTA SALON, COSMETICS &
FRAGRANCE, INC., a Foreign Profit
Corporation

        Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, HOPE VALDOVINOS (hereinafter, "VALDOVINOS"), by and through the undersigned counsel, sues Defendant, ULTA SALON, COSMETICS & FRAGRANCE, INC., a Foreign Profit Corporation (hereinafter, "ULTA SALON"), and alleges the following:

## PARTIES

1. Plaintiff, VALDOVINOS is a citizen of the State of Florida.

2. Defendant, ULTA SALON, is a citizen of the State of Delaware. ULTA SALON is incorporated in the State of Delaware and maintains its principal place of business in the State of Illinois.

3. ULTA SALON operates various beauty retail stores and hair salons throughout Florida including a store located at 1760 S. Bearing Street, Dania Beach, FL 33004.

## JURISDICTION

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that there is complete diversity between the Plaintiff and the Defendant, and the matter in

controversy exceeds $75,000.00, exclusive of interest, attorney's fees and cost.

## VENUE

5. ULTA SALON engages in substantial and not isolated business activity in Broward County, Florida. Specifically, the subject ULTA SALON store is located in Broward County, Florida, and is the location where the incident that gives rise to this action occurred.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2), as the incident at issue and bodily injuries occurred in Broward County, Florida. Moreover, the subject ULTA SALON store is located in Broward County, Florida.

## GENERAL ALLEGATIONS

7. On August 12, 2022, VALDOVINOS presented to one of ULTA SALON's hair salon's located at 1760 S. Bearing Street, Dania Beach, FL 33004.

8. On that same day, VALDOVINOS, presented to Yuli, a stylist at ULTA SALON, to get her hair highlighted and to get her roots done. This is a typical procedure for experienced hair stylists.

9. Prior to the stylist providing any services to VALDOVINOS they had a consultation concerning the anticipated services to provided by the stylist.

10. During that consultation, VALDOVINOS told the stylist that her scalp is sensitive and she hadn't had her hair colored since the beginning of the Covid quarantine.

11. Following the consultation, the stylist began applying bleach to VALDOVINOS' hair and scalp…and kept adding more and more.

12. The stylist applied an excessive amount of bleach on VALDOVINOS' hair and scalp.

13. Following the application of the bleach, the stylist directed VALDOVINOS to another chair and put a heat dryer over her head.

14. Almost immediately, VALDOVINOS began experiencing heat and pain on her scalp.

15. VALDOVINOS advised the stylist of the heat and pain she was experiencing, but the stylist assured her that everything was ok and to stay under the heat dryer.

16. At one point, VALDOVINOS told the stylist that her head felt like it was on fire, but the stylist again told her to stay under the heat dryer until the stylist told her she was done.

17. Once the stylist advised VALDOVINOS that she was done under the heat dryer, the stylist brought VALDOVINOS over to the chair with the wash sink. The stylist began washing VALDOVINOS' hair and her hair immediately began falling out.

18. After the stylist finished washing VALDOVINOS' hair, VALDOVINOS noticed that the ends of her hair were fried off.

19. The next morning, VALDOVINOS woke up to extreme pain coming from her scalp. Again, her scalp felt like it was on fire.

20. When VALDOVINOS went to her mirror to inspect her scalp, she could see that there was dried bleach still encrusted on her scalp.

21. VALDOVINOS is not a hair stylist and had never experienced an issue like this before. Thus, VALDOVINOS contacted the ULTA SALON stylist and asked if the stylist could wash out the rest of the bleach so that the stylist could hopefully wash out the bleach correctly.

22. When VALDOVINOS arrived, the stylist who did her hair was serving another customer. However, VALDOVINOS began conversating with the manager and another stylist about what had happened to her the day before.

23. During that conversation, the manager and the stylist both agreed that what was on VALDOVINOS' scalp was dried bleach. They also agreed that the bleach dried to her scalp was extremely dangerous and it could possibly get into VALDOVINOS' bloodstream.

24. Finally, the stylist who did VALDOVINOS' hair the day before and allowed her to leave the salon with bleach still on her scalp, was able to see VALDOVINOS.

25. The stylist began attempting to wash away the dried and encrusted bleach from VALDOVINOS' hair and, at the same time, was asking all of the other stylists for suggestions on how to fix the problem.

26. Unbelievably, the stylist used a clarifying shampoo the entire time she was trying to wash out the bleach from VALDOVINOS' hair, which caused VALDOVINOS' scalp to dry out even more.

27. This was a painful process and the use of the clarifying shampoo caused VALDOVINOS to experience even more pain as the stylist continued to forcefully scrub out the dried bleach from VALDOVINOS' scalp.

28. On that same day as the stylist was trying to wash away the bleach she allowed to dry and become encrusted on VALDOVINOS' scalp, the stylist admitted that she had "messed up."

29. Specifically, the stylist admitted that she did not use a protection cap on VALDOVINOS when she put VALDOVINOS under the heat dryer.

30. The stylist also admitted that she put bleach directly on VALDOVINOS' scalp when she was supposed use foil as another form of protection.

31. As a result, VALDOVINOS was significantly injured and damaged due to the aforementioned negligence of ULTA SALON.

## COUNT I - NEGLIGENCE

32. VALDOVINOS adopts and re-alleges paragraphs 1 through 31 as if fully set forth herein.

33. At all times material hereto, ULTA SALON owed a duty to exercise reasonable care in providing salon services to patrons, including VALDOVINOS.

34. At all times material hereto, ULTA SALON owed a duty to its patrons, including VALDOVINOS, to properly administer salon services.

35. As a beauty and hair salon, ULTA SALON owed the duty to its patrons, including VALDOVINOS, to ensure its agents/employees possess the amount of knowledge, skill and care shared by the other members of the profession.

36. ULTA SALON owed a duty to its patrons, including VALDOVINOS, to employ stylists who possess the amount of knowledge, skill and care shared by the other members of the profession.

37. ULTA SALON was negligent in performing the services on the hair of VALDOVINOS causing a large quantity of her hair to fall out and break off, causing her hair to become extremely damaged and brittle, and causing chemical burns to her scalp.

38. At all times material hereto, ULTA SALON breached its duty of care to VALDOVINOS in its negligent and careless administration of salon services.

39. ULTA SALON breach its duty of care it owed to VALDOVINOS by:
   a. Failing to ensure its stylists have and/or utilize the required knowledge in selecting an appropriate product for use in the chemical bleaching treatment performed on VALDOVINOS;

b. Failing to conduct a preliminary test of the selected chemical bleach used by ULTA Salon on VALDOVINOS to determine the effect of the chemical and possible adverse reactions of both skin and hair;

c. Failing to use the chemical bleaching product in accordance with the manufacturer's instructions;

d. Failing to take the necessary safe guards when applying the chemical bleach on VALDOVINOS' hair and scalp; and

e. Failing to carefully and diligently perform the chemical bleaching service requested by VALDOVINOS, and therefore, falling below the accepted standard of care when applying chemical bleach in relation to hair salon services.

40. As a direct, foreseeable and proximate cause of ULTA SALON's negligence, VALDOVINOS suffered damages and serious bodily injury and resulting pain and suffering including, but not limited to, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, and hair loss. These damages and losses are either permanent or continuing in nature. As a result of ULTA SALON's negligence and careless administration of salon services, VALDOVINOS suffered said damages and losses in the past and will continue to suffer said damages and losses in the future.

WHEREFORE, Plaintiff, HOPE VALDOVINOS, demands judgment for damages against Defendant, ULTA SALON, COSMETICS & FRAGRANCE, INC., in excess of $75,000.00 plus interest and costs and requests a trial by jury on all issues so triable.

DATED:  March 21, 2023

                    Respectfully Submitted,

                    **Pike & Lustig, LLP**

*/s/ Andrew J. Boloy*
Michael J. Pike
Florida Bar No.: 617296
Daniel Lustig
Florida Bar No.: 059225
Andrew J. Boloy
Florida Bar No.: 1018487
1209 N. Olive Ave.
West Palm Beach, FL 33401
Telephone: (561) 855-7585
Facsimile: (561) 855-7710
pleadings@pikelustig.com
*Counsel for Plaintiff*